# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

_____

SECURITIES AND EXCHANGE COMMISSION,

      **Plaintiff,**

Civil No. 17-cv-187-GBL-IDD

STEVE H. KARROUM
a/k/a MUSTAPHA KARROUM, and

FX & BEYOND CORPORATION,

      **Defendants,**

      and

SAHAR KARROUM
a/k/a Sahar Mohammad Jamil Al Bouhairy

      **Relief Defendant.**

_____

## Plaintiff's Motion for Substitution of Parties

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, and for the reasons set forth in the attached Brief in Support, the United States Securities and Exchange Commission ("Commission") respectfully moves to substitute Sahar Karroum, as successor to Steve H. Karroum, for Steve H. Karroum as a defendant in this action.

The Commission is submitting a proposed order with this Motion.

Date: March 2, 2018

By:

s/_____
Sarah Hall
VA Bar # 71084
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

2

                                      100 F Street N.E.
                                      Washington, D.C. 20549
                                      Tel: (202) 551-4784
                                      Fax: (202) 772-9228
                                      Email: halls@sec.gov

<u>Of Counsel</u>:

Melissa Armstrong (*pro hac vice* application granted)
Derek Bentsen (*pro hac vice* application granted)
Stephen T. Kaiser (*pro hac vice* application granted)
Timothy N. England

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2018, I served the foregoing and all supporting papers by UPS and electronically using the CM/ECF system on:

      James T. Bacon
      11350 Random Hills Road
      Suite 700
      Fairfax, VA 22030
      *Counsel for Sahar Karroum*

      I further certify that on March 2, 2018, as permitted by the Court's May 31, 2017 order, the foregoing and all supporting papers were served by email on Defendant FX & Beyond Corporation at karroums@kartechinc.com and by UPS to John Forest, StahlZelloe, P.C., 11350, Random Hills Rd, Suite 700, Fairfax, VA 22030.

      s/ _____
      Sarah Hall
      VA Bar # 71084
      Attorney for Plaintiff
      SECURITIES AND EXCHANGE COMMISSION
      100 F Street N.E.
      Washington, D.C. 20549
      Tel: (202) 551-4784
      Fax: (202) 772-9228
      Email: halls@sec.gov