UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVE H. KARROUM,
a/k/a MUSTAPHA KARROUM, *et al.*

    Defendants.

Civil Action No. 1:17-cv-0187 (AJT/IDD)

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion for Substitution of Parties [Dkt. No. 29] is **GRANTED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 13th day of April 2018.

                                     /s/
                                 Ivan D. Davis
                                 United States Magistrate Judge

Alexandria, Virginia