**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil No. 17-cv-187-AJT-IDD |
| SAHAR KARROUM, a/k/a SAHAR MOHAMMAD JAMIL AL BOUHAIRY, and | : |
| FX & BEYOND CORPORATION, | : |
| Defendants, and | : |
| SAHAR KARROUM a/k/a Sahar Mohammad Jamil Al Bouhairy, | : |
| Relief Defendant. | : |

**PLAINTIFF'S CONSENT MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AND SETTLEMENT**

On February 2, 2018, Magistrate Judge Davis recommended that the Court enter a default judgment in this case in favor of Plaintiff Securities and Exchange Commission and award total monetary relief against Defendant FX & Beyond in the amount of $1,392,656.21. Dkt. No. 26. On June 4, 2018, the Court froze $1,392,656.21 of proceeds on the life insurance policy owned by FX & Beyond at Prudential Insurance Company, policy number ending 8596 ("Policy 8596"). Dkt. No. 48.

Plaintiff Securities and Exchange Commission now moves the Court to:

- Order that monetary relief shall be paid to the Commission directly from these frozen proceeds; and

- Enter a final default judgment awarding the relief recommended by Magistrate Judge Davis against FX & Beyond.

As reflected in the attached Stipulation, Sahar Karroum does not oppose this motion or the entry of the attached proposed final judgment. In exchange for this non-opposition, the Commission has agreed that, if the Court enters the monetary relief requested against FX & Beyond, the Commission will dismiss with prejudice all claims against Ms. Karroum in this matter. both in her capacity as a Relief Defendant and in her capacity as a substituted party/the successor to Steve H. Karroum. The attached proposed final judgment incorporates the dismissal of these claims.

## FACTUAL AND PROCEDURAL BACKGROUND

### I. Magistrate Judge Davis Has Recommended that the Court Enter a Default Judgment Against FX & Beyond in the Amount of $1,392,656.21

The Defendants never answered the Commission's complaint in this case. On October 18, 2017, the Commission applied for entry of a default judgment. Dkt. No. 17. On February 2, 2018, Magistrate Judge Davis issued a Report and Recommendation recommending that the Court enter a default judgment against the Defendants. Dkt. No. 26. Magistrate Judge Davis recommended ordering the Defendants to pay disgorgement in the amount of $805,960.14 and prejudgment interest in the amount of $74,266. *Id.* at 11-12. He further recommended assessing a penalty of $512,430.07 against each Defendant. *Id.* at 12-13. The total recommended amount of monetary relief against FX & Beyond therefore totaled $1,392,656.21.[1]

---

[1] Magistrate Judge Davis also recommended finding Ms. Karroum jointly and severally liable as a relief defendant for $144,634 of the total disgorgement and prejudgment interest amounts awarded against the Defendants. *Id.* If the Court enters the proposed final default judgment against FX & Beyond and orders that the Commission be paid out of the frozen proceeds of Policy 8569, the Commission has agreed to dismiss its claims against Ms. Karroum as a relief defendant and a substituted party because the Commission's monetary claims will be fully satisfied by the frozen proceeds of Policy 8569.

## ARGUMENT

### I. Paying the Commission Directly from the Frozen Proceeds Will Ensure the Commission's Recovery

To the Commission's knowledge, FX & Beyond has no current officers and no domestic bank accounts. For that reason, the best way to ensure that the Commission receives any monetary relief awarded against FX & Beyond in this case is to order that the Commission be paid directly from the proceeds of Policy 8596.

### II. Entry of a Final Default Judgment Awarding the Monetary Relief Recommended by Magistrate Judgment Davis Is Appropriate

Magistrate Judge Davis recommended the entry of a default judgment against the Defendants and Ms. Karroum. Dkt. No. 26. The only objection to that recommendation was Ms. Karroum's objection that the amount of monetary relief awarded against her as a relief defendant should be reduced. *See* Dkt. No. 28. But that objection is withdrawn if the Commission dismisses its claims, as settled, against Ms. Karroum, which it has agreed to do if the Court enters the proposed final judgment against FX & Beyond. There being no outstanding objection to the Report and Recommendation, entry of a final default judgment awarding the relief against FX & Beyond recommended by Magistrate Judge Davis is now appropriate.

## CONCLUSION

For the foregoing reasons, the Commission respectfully requests that the Court grant its motion and enter the proposed final default judgment.

Date: September 7, 2018

By:
s/_____
Sarah Hall
VA Bar # 71084
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.

3

Washington, D.C. 20549  
Tel: (202) 551-4784  
Fax: (202) 772-9228  
Email: halls@sec.gov

Date: August ___, 2018        By:  
                                                               /s/_____  
                                                               James T. Bacon, (VSB# 22146)  
                                                               11350 Random Hills Road, Suite 700  
                                                               Fairfax, VA 22030  
                                                               703-352-1300  
                                                               703-352-1301 (fax)  
                                                               jbacon@abhylaw.com  
                                                               Counsel for Sahar Karroum

<u>Of Counsel</u>:  
Melissa Armstrong (*pro hac vice* application granted)  
Stephen T. Kaiser (*pro hac vice* application granted)  
Timothy N. England

Washington, D.C. 20549
Tel: (202) 551-4784
Fax: (202) 772-9228
Email: halls@sec.gov

Date: August 22, 2018

By: /s/ _____
James T. Bacon, (VSB# 22146)
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
703-352-1300
703-352-1301 (fax)
jbacon@abhylaw.com
Counsel for Sahar Karroum

Of Counsel:
Melissa Armstrong (*pro hac vice* application granted)
Stephen T. Kaiser (*pro hac vice* application granted)
Timothy N. England

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, I served the foregoing and all supporting papers electronically using the CM/ECF system on:

>James T. Bacon
>11350 Random Hills Road
>Suite 700
>Fairfax, VA 22030
>*Counsel for Sahar Karroum*

I further certify that on September 7, 2018, as permitted by the Court's May 31, 2017 order, the foregoing and all supporting papers were served by email on Defendant FX & Beyond Corporation at karroums@kartech-inc.com and by UPS to:

>John Forest
>StahlZelloe, P.C.
>11350 Random Hills Rd
>Suite 700
>Fairfax, VA 22030.

                                                                                                         s/ _____
                                                                                                          Sarah Hall
                                                                                                          VA Bar # 71084
                                                                                                          Attorney for Plaintiff
                                                                                                          SECURITIES AND EXCHANGE
                                                                                                          COMMISSION
                                                                                                          100 F Street N.E.
                                                                                                          Washington, D.C. 20549
                                                                                                          Tel: (202) 551-4784
                                                                                                          Fax: (202) 772-9228
                                                                                                          Email: halls@sec.gov